judicial settlement of the account of Josiah J White, as former administrator of the goods, chattels, and credits which were of Eliza T White (William B. Davenport, as administrator, etc., and others, respondents). No opinion. The motion to dismiss this appeal will be granted unless the appellant serves the appeal papers within 10 days, and brings the appeal to argument at the beginning of the next term of this court (May 28, 1900).

---

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 9, 1900.) Appeal No. 2. In the matter of the compulsory judicial settlement of the account of Josiah J. White, as former administrator of the goods, chattels, and credits which were of Eliza T. White (William B. Davenport, as administrator, etc., and others, respondents). No opinion. Order affirmed, with $10 costs and disbursements.

---

WHITEHALL LUMBER CO., Limited, Appellant, v. PULFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by the Whitehall Lumber Company, Limited, against Chares A. Pulford and another, impleaded with others. No opinion. Judgment affirmed, with costs.

---

WITTLEDER, Respondent, v. CITIZENS' ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Edward J. Wittleder, an infant, by Edward G. Wittleder, his guardian ad litem, against the Citizens' Electric Illuminating Company of Brooklyn. No opinion. Motion for leave to appeal to the court of appeals denied. Proceedings for the enforcement of the judgment stayed 10 days. See 64 N. Y. Supp. 114.

---

WOODS, Respondent, v. BELDEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Thomas Woods against Alvin J. Belden and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 62 N. Y. Supp. 1151.

---

WRIGHT, Appellant, v. WEISEL et al., Respondents. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by William H. Wright against Rebecca Weisel and others. A. Kling, for appellant. C. L. Barber, for respondents. No opinion. Judgment affirmed, with costs.

---

WRIGHT, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by Hanford B. Wright, as assignee for the benefit of the creditors of Olin H. Wright,

against Nathaniel H. White, Albert V. Huyler, and Millard D. Mason. No opinion. Judgment and order affirmed, with costs.

---

WULFERS, Respondent, v. WAHMANN, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Henry A. G. Wulfers against Christian J. Wahmann to recover rent. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Fleugelman & Bach, for appellant. Thomas J. Farrell, for respondent.

PER CURIAM. The effect of the summary proceedings was to determine that on the 1st day of September the defendant Wahmann was a tenant of the landlord, Henry Brunjes, and that the rent for the month of September, amounting to $200, was unpaid. Judgment appealed from is affirmed, with costs.

---

WYETH, Appellant, v. HETT et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by Nathaniel J. Wyeth against Edward Hett and the American Lithograph Company. No opinion. Judgment affirmed, with costs.

---

YELLOW PINE CO., Respondent, v. LEHIGH VAL. CREOSOTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) Action by the Yellow Pine Company against the Lehigh Valley Creosoting Company. No opinion. Order affirmed on argument, with $10 costs and disbursements. See 57 N. Y. Supp. 1151.

---

ABEL, Respondent, v. PHŒNIX INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Eveline E. Abel against the Phœnix Insurance Company. No opinion. Judgment reversed, referee discharged, and a new trial granted; costs to abide the event. All concur, except MERWIN, J., who dissents. See opinion in the case of Abel v. Insurance Co., 47 App. Div. 81, 62 N. Y. S. Supp. 218.

---

DAY, Respondent, v. CARMICHAEL, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by George Day against Thomas Carmichael. J. Dunne, for appellant. E. L. Mooney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 62 N. Y. Supp. 142.

---

PEOPLE v. KELLOGG. (Supreme Court, Appellate Division, First Department. November Term, 1899.) Proceedings by the people of the state of New York against James B. Kellogg. No opinion. Motion granted.

---

PEOPLE v. NEUFELD. (Supreme Court, Appellate Divsion, First Department. November Term, 1899.) Proceedings by the people of the state of New York against William Neufeld. No opinion. Motion granted.